UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARGIZ MAKARAVICH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01538-JDP<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO STAY THIS CASE<br><br>ECF No. 11 |

　　Defendant's request to stay this case, ECF No. 11, is granted. The stay will lift automatically when the administrative record is filed.

IT IS SO ORDERED.

Dated:　September 2, 2020　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.