PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL, CA SBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA SBN 258258
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone: (510) 970-4814
        Facsimile: (415) 744-0134
        E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

SARGIZ MAKARAVICH,                        )    NO. 1:19-cv-01538-NONE-HBK
                                          )
            Plaintiff,                    )
                                          )    **STIPULATION TO VOLUNTARY**
        v.                                )    **REMAND PURSUANT TO SENTENCE**
                                          )    **SIX OF 42 U.S.C. § 405(g); [PROPOSED]**
ANDREW SAUL,                              )    **ORDER**
Commissioner of Social Security,          )
                                          )
            Defendant.                    )
                                          )
                                          )
_____  )

        IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Andrew Saul,

Commissioner of Social Security ("Defendant"), through their undersigned counsel of record,

that the above-entitled action shall be remanded to the Commissioner of Social Security for

further administrative action pursuant to section 205(g) of the Social Security Act, as amended,

42 U.S.C. § 405(g), sentence six.

        There is good cause for remand because the Appeals Council has notified agency counsel

that the claim file of the Administrative Law Judge's (ALJ) decision, dated September 26, 2018

and the recording of the hearing held before the ALJ on May 11, 2018, cannot be located.  Upon

receipt of the remand order from the Court, the Appeals Council will remand the case to the

hearing office in order to locate or reconstruct the administrative record. If the administrative

record cannot be located or reconstructed, the Appeals Council will instruct the ALJ to hold a *de*

*novo* hearing and issue a new decision.

This stipulation constitutes a remand under the sixth sentence of Section 205(g) of the

Social Security Act, 42 U.S.C. 405(g).

Dated: May 2, 2021                    */s/ Shellie Lott\**
                                       SHELLIE LOTT
                                       Attorney for Plaintiff
                                       *Authorized via e-mail on May 2, 2021


                                       PHILLIP A. TALBERT
                                       Acting United States Attorney
                                       DEBORAH LEE STACHEL
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                           By:        /s/ *Ellinor R. Coder*
                                       ELLINOR R. CODER
                                       Special Assistant United States Attorney

                                       Attorneys for Defendant


**ORDER**

Pursuant to the parties' Stipulation, and for good cause shown, the court remands this

action to the Commissioner for further action under sentence six, 42 U.S.C. § 405(g).

IT IS SO ORDERED.

Dated:   **May 4, 2021**                    _____
                                            UNITED STATES DISTRICT JUDGE

STIPULATION TO REMAND & ORDER