## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARGIZ MAKARAVICH,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security[1],<br><br>    Defendant. | Case No.: 1:19-cv-1538 JLT HBK<br><br>ORDER REOPENING THE ACTION AND DISMISSING THE ACTION WITHOUT PREJUDICE<br><br>(Doc. 20) |

      Sargiz Makaravich and Kilolo Kijakazi, Acting Commissioner of Social Security, have agreed that this case, which was remanded for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g), "shall be reopened for the purpose of entering a dismissal." (Doc. 20 at 1.) The parties report that an administrative law judge issued a decision that was unfavorable to Plaintiff on February 1, 2022, and that is "now the final decision of the agency." (*Id.*) Plaintiff now agrees "to dismiss the action," and the parties have agreed the dismissal shall be "without prejudice… with each party to bear its own costs and fees, including attorney fees." (*Id.* at 1-2.)

///

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.

Based upon the stipulation of the parties, the Court hereby **ORDERS**:

1. This matter is re-opened for the limited purpose of entering a dismissal.
2. The matter is **DISMISSED** without prejudice, and each party shall bear its own fees and costs, including attorney's fees.

IT IS SO ORDERED.

Dated: **June 13, 2023**

UNITED STATES DISTRICT JUDGE